UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____X

JAYMIA DAVIS, PAMELA THOMAS, BRANDON
THOMPSON, COREY POINDEXTER

                Plaintiffs,

                                          **AFFIDAVIT OF SERVICE**

        -against-                         Case No: 08 CV 01988

THE CITY OF NEW YORK,
NEW YORK CITY POLICE
OFFICERS JANE/JOHN DOE #'s 1-15,

                Defendant,
_____X

      Under the penalties of perjury and CPLR § 3126, I hereby affirm that I am over the age of eighteen and am not a party to this action. I delivered two true copies of the Summons and Complaint upon the defendant The City of New York, via its agent:

      Ricardo Spence, Process Clerk
      Corporation Counsel for the City of New York
      100 Church Street, 4th Floor
      New York, New York 10007

      Mr. Spence is African American, approximately 27 years old and weigh approximately 160 pounds.  I delivered the above documents on February 28, 2008 at 1.10 p.m.

Dated:  **Brooklyn, NY**
          **February 28, 2008**

                                        By: Nicquan Bannister

Sworn to before me this
this 28 day of F'08. , 2008

NOTARY PUBLIC

                         DAVID A. ZELMAN
                NOTARY PUBLIC, State of New York
                    No. 02ZE6009678
                Qualified in New York County
               Commission Expires June 1, 20 11